**IT IS ORDERED as set forth below:**



**Date: June 5, 2015**

_____

**Mary Grace Diehl
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 15-53728-MGD |
| ALESHIA SHAVONNE COWSER, | : | CHAPTER 7 |
| Debtor. | : | JUDGE DIEHL |

### ORDER GRANTING WITHDRAWAL OF ATTORNEY

Before the Court is Debtor's Consent for Withdrawal of Counsel, filed on June 2, 2015 (Docket No. 38) under Bankruptcy Local Rule 9010-5(c) (N.D.Ga.), regarding the termination of Blair Chintella as Debtor's counsel of record in this Chapter 7 case, and it appearing that both Debtor and Mr. Chintella have signed the Consent, upon review of the foregoing,[1] it is

**ORDERED** that Debtor's Consent for Withdrawal of Counsel as filed on June 2, 2015 (Docket No. 38) be, and the same hereby is, **granted**; and, it is

**FURTHER ORDERED** that Blair Chintella is **dismissed** as legal counsel of record for

---

[1] The Court notes that Debtor's counsel has given previous notice to Debtor of his intent to withdraw via an Emergency Motion filed on May 20, 2015 (Docket No. 29) and served on Debtor according to the certificate of service attached thereto on that same date.

the Debtor named above. It appearing that there is no substituting attorney in this matter, all further notices in this case shall be directed to the Debtor.

The Clerk is directed to serve a copy of this Order upon Debtor, Blair Chintella, the Chapter 7 Trustee, and the United States Trustee.

**[END OF DOCUMENT]**