IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: Aleshia Shavonne Cowser,  * | |
| * | Chapter 13 |
| Debtor.    * | |
| * | Case No. 15-53728-MGD |
| (Trustee: Cathy L. Scarver)  * | |
| * | |
| * | |

**Corrected Certificate of Service**

    I, Blair Chintella, certify that I am over the age of 18 and that on May 16, 2015, I mailed Debtor with the notice located at **Dkt. No. 30** via U.S. First Class Mail with sufficient postage.

    I, Blair Chintella, certify that I am over the age of 18 and that on May 20, 2015 I served the Debtor's Counsel's "Emergency Motion to Withdraw and to Extend Deadlines" (**Dkt. No. 29**) and **Dkt. No. 30** via U.S. First Class Mail with sufficient postage to:

Office of the United States Trustee; Mary Townson (Ch. 13 Trustee); Viraj Deshmukh; Debtor

    I, Blair Chintella, certify that I am over the age of 18 and that on May 22, 2015, I served documents constituting **Dkt. No. 32** via U.S. First Class Mail with sufficient postage to:

Office of the United States Trustee; Mary Townson (Ch. 13 Trustee); Viraj Deshmukh

    I, Blair Chintella, certify that I am over the age of 18 and that on June 2, 2015, I served documents constituting **Dkt. No. 38** via U.S. First Class Mail with sufficient postage to:

Office of the United States Trustee; Mary Townson (Ch. 13 Trustee); Viraj Deshmukh

Dated: June 10, 2015

\_\_\_/s/_____
Blair Chintella
2141 Edgemore Dr. SE
Atlanta, GA 30316
404-931-2090
No fax.
bchintel1@gmail.com