```
                    UNITED STATES BANKRUPTCY COURT
                     NORTHERN DISTRICT OF GEORGIA
                           ATLANTA DIVISION

IN RE: ALESHIA S. COWSER,        {   CHAPTER 13
                                 {
                                 {
       DEBTOR(S)                 {   CASE NO. A15-53728-MGD
                                 {
                                 {   JUDGE DIEHL
```

**OBJECTION TO CONFIRMATION**

    COMES NOW MARY IDA TOWNSON, TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

    1. The above-styled case was filed originally as a Chapter 7 case; consequently, based on the aforesaid objections to confirmation, the Chapter 13 Trustee respectfully prays that the instant case be denied confirmation, and re-converted to a Chapter 7 proceeding, pursuant to 11 U.S.C. Section 1307(b).

    2. The Debtor(s)' payments under the proposed plan are not current.

    3. The Debtor(s) has not filed a plan as required by 11 U.S.C. Section 1321.

    4. The Debtor(s) has proposed to make payments directly to the Trustee but should be required to have them remitted by payroll deduction.

    5. The Debtor(s) has failed to attend the 11 U.S.C. Section 341 hearing.

    6. The Debtor(s) has failed to provide the Trustee with a copy of the federal tax return or transcript of such return for the most recent tax year ending immediately before the commencement of the instant case and for which a federal income tax return was filed, in violation of 11 U.S.C. Section 521(e)(2)(A)(i).

Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, GA  30303-1740
(404) 525-1110
maryidat@atlch13tt.com

      7.  All prior bankruptcy cases of the Debtor(s), or pending related bankruptcy cases, may not have been disclosed; thereby, indicating a lack of good faith in proposing the instant repayment plan, possibly in violation of 11 U.S.C. Section 1325(a)(3).

      WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of this Debtor's (s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

      June 24, 2015

```
                            _____/s/_____
                            Mary Ida Townson, Attorney
                            Chapter 13 Trustee
                            GA Bar No. 715063
```

Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, GA  30303-1740
(404) 525-1110
maryidat@atlch13tt.com

```
A15-53728-MGD
```

## CERTIFICATE OF SERVICE

This is to certify that I have this day served

DEBTOR(S):

ALESHIA S. COWSER
4412 ROCHE STREET
COLLEGE PARK, GA 30349

ATTORNEY FOR DEBTOR(S):

DEBTOR PRO SE

in the foregoing matter with a copy of this pleading by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

This 24th day of June 2015

_____/s/_____
Mary Ida Townson, Attorney
Chapter 13 Trustee
GA Bar No. 715063

Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, GA  30303-1740
(404) 525-1110
maryidat@atlch13tt.com