

**IT IS ORDERED as set forth below:**

**Date: June 29, 2015**

_____

**Mary Grace Diehl
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| **ALESHIA SHAVONNE COWSER**, | CASE NO. **15-53728 - MGD** |
| Debtor. | |
| | |
| CENLAR FSB AS SERVICER FOR HOMEBRIDGE FINANCIAL SERVICES, INC., | CONTESTED MATTER |
| Movant, | |
| v. | |
| ALESHIA SHAVONNE COWSER, MARY IDA TOWNSON, Trustee, | |
| Respondents. | |

**ORDER ON STAY RELIEF**

Movant filed a *Motion for Relief from Stay* May 26, 2015, together with a Notice of Hearing set for June 17, 2015 (Doc. No.33), regarding Debtor's real estate located at 4412 Roche Street, College Park, GA 30349 (the "Property") ("Motion") and contends service of the Motion

and notice was proper upon Respondents. As no opposition was filed or advocated at the call of the calendar, it is hereby

ORDERED that the Motion is *granted***:** the automatic stay of 11 U.S.C. § 362 (a) as to the Property is *modified* to allow Movant, its successors and/or assigns, to exercise its rights under the power of sale provisions contained in its Security Deed and as provided for by the laws of the State of Georgia, including advertising to effectuate a foreclosure sale at the earliest possible date, gaining possession of the Property, and then applying the proceeds therefrom to Movant's lawful claim; provided, however, that any proceeds of sale then remaining shall be promptly remitted to the Trustee for the benefit of the Estate and its creditors according to the priorities established by law. Trustee is to cease funding any pre-petition arrearage claim. It is further

ORDERED that the stay of Rule 4001(a)(3) is modified so that Movant may immediately proceed under this Order.

**[END OF DOCUMENT]**

PRESENTED BY:                                                    NO OPPOSITION:

By:_____/s/_____                                By:_____/s/_____ *with express permission*
Viraj Deshmukh                                                    K. Edward Safir
Georgia Bar No. 925812                                    Georgia Bar No. 622149
211 Perimeter Center Parkway                        Suite 2200
Suite 300                                                              191 Peachtree Street, NE
Atlanta, GA 30346                                            Atlanta, GA 30303-1740
(770) 392-0303                                                  (404) 525-1110
*vdeshmukh@penderlaw.com*                       Attorney for Chapter 13 Trustee
*Attorney for Movant*

DISTRIBUTION LIST

Aleshia Shavonne Cowser
4412 Roche St
College Park, GA 30349

K. Edward Safir
Attorney for Chapter 13 Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740

Viraj Deshmukh
Pendergast & Associates, P.C.
211 Perimeter Center Parkway
Suite 300
Atlanta, GA 30346